# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

TERRANCE T. WILLIAMS                        CIVIL ACTION NO. 15-2156

VERSUS                                      SECTION P

                                            JUDGE ROBERT G. JAMES

LEE HARROLD, ET AL.                         MAGISTRATE JUDGE KAREN L. HAYES

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein,  noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted pursuant to the provisions of 28 U.S.C. §1915 and §1915A.

**The Clerk of Court is directed to provide a copy of this judgment to the Keeper of the Three Strikes List, Tyler, Texas**.

**MONROE, LOUISIANA,** this 23rd day of October, 2015.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE